IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY HAWKINS,

    Plaintiff,

v.                                                    CASE NO. 1:07-cv-00155-MP-AK

CITY OF GAINESVILLE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's complaint, Doc. 1, be dismissed as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Magistrate Judge filed the Report and Recommendation on Friday, November 2, 2007. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has made. In this instance, however, no objections were made.

Plaintiff brings suit under 42 U.S.C. §1983 alleging that the City of Gainesville, though its ordinances that prohibits sex offenders from living within 2500 feet of the city limits, is violating the constitutional law that provides that people can live in any city of their choosing. As the Magistrate points out, there is no constitutional law that provides that people can live wherever they want, and furthermore sex offenders are not a protected class under the Equal Protection Clause. Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

*Page 2 of 2*

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 13, is adopted and incorporated by reference in this order.

2. Plaintiff's complaint, Doc. 1, is DISMISSED as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3. The Clerk is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), and that this dismissal counts as a strike within the meaning of 28 U.S.C. 1915(g).

**DONE AND ORDERED** this   *14th* day of December, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge